**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00481-CV

## LAURIE FAYE WALKER, Appellant

## V.

## BRAD VINCENT WALKER, Appellee

### On Appeal from the 422nd Judicial District Court
### Kaufman County, Texas
### Trial Court Cause No. 87415-422

## ORDER

The Court has before it appellant's July 24, 2013 first unopposed motion for extension of time to file appellant's brief. The Court **GRANTS** the motion in part and **ORDERS** appellant to file her brief within thirty days of the date of this order.

/s/     ELIZABETH LANG-MIERS
         JUSTICE